**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: __  7/11/2025        │
└─────────────────────────────────┘
```

JORGE ROSAS ROSALES

                                    Plaintiff,                   **25-CV-5492 (VSB) (VF)**

                    -against-                                    **PROPOSED CASE**
                                                                 **MANAGEMENT PLAN**
                                                                 **ORDER**

DEAN P. BOORUJY,

                                    Defendant.

----------------------------------------------------------------X


**VALERIE FIGUEREDO, United States Magistrate Judge:**

This case was referred to the undersigned for general pretrial supervision. Counsel for the parties are directed to confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference.

The parties will be required to discuss at the Rule 26(f) conference the subjects set forth in Rule 16(b) and (c) of the Federal Rules of Civil Procedure.

Parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Friday, August 8, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **August 8, 2025**. The letter shall be filed via ECF.

The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form

available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such

form with the Court. This Order is not meant to interfere in any way with the parties' absolute

right to have dispositive motions and/or a trial before a United States District Judge, but is

merely an attempt at preserving scarce judicial resources and reminding the parties of their

option pursuant to 28 U.S.C. § 636(c).

        **SO ORDERED.**

DATED:     New York, New York
             July 11, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge