**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JORGE ROSAS ROSALES,

Plaintiff,

-against-

DEAN P. BOORUJY,

Defendant.

---------------------------------------------------------------X

**25-CV-5492 (VSB) (VF)**

**ORDER SCHEDULING BRIEFING**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Having reviewed Plaintiff's submission dated August 25, 2026 (ECF No. 26), the Court hereby orders the following briefing schedule for Plaintiff's motion for leave to amend the complaint: Defendant is directed to file its opposition brief by **Friday, September 11, 2026**, and Plaintiff is directed to file its reply by **Friday, September 18, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 27, 2026

VALERIE FIGUEREDO
United States Magistrate Judge