**SURDEZ & PEREZ P.C.**
**ATTORNEYS AT LAW**
32-72 Steinway Street, Suite 401
Astoria, New York 11103
Phone 718-482-1555
Fax 718-482-1566

September 1, 2026

Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**Re: JORGE ROSAS ROSALES v. DEAN P. BOORUJY**
**Case No.: 1:25-cv-05492-VSB-VF**

Dear Hon. Figueredo:

Our office represents the Plaintiff in the above-stated case. The Examination Before Trial of our client is scheduled for September 3, 2026. Our office has filed a motion to amend the Complaint and Remand to State Court within the last week. The motion seeks to add Defendants that would end complete diversity in this case and remand the case back to New York State Court. For this reason, the parties, after having spoken over the phone, are requesting that Plaintiff's Examination Before Trial and Defendant's Examination Before Trial be adjourned one more time so that the Court can decide our motion first before our client gives any testimony.

As per the Report of Rule 26(f) Conference and Proposed Case Management Plan, Examinations Before Trial were to be completed by February 16, 2026. As per Defendant's request dated February 27, 2026, Examinations Before Trial were scheduled for June 5, 2026 for Plaintiff and June 12, 2026 for Defendant. These dates were subsequently adjourned once again to September on the grounds that defense counsel did not have an authorization for medical records. Upon information and belief, this is the third request for an adjournment.

Our office has conferred with defense counsel Mark Grodberg and Tony Li and we have agreed to new Examination Before Trial dates, which we now propose: January 14th for Plaintiff and January 21st for Defendant and thus for the deadline for expert discovery to be completed to be extended accordingly. These dates would be scheduled in the event that our motion to amend the Complaint is denied and the case remains in federal court.

Thank you for the Court's time and attention.

S

Brett Singer, Esq

718-482-1555

/s/*Guang Xiong Li*
Guang Xiong (Tony) Li, Esq.
Brooks & Berne PLLC
50 Main Street, Suite 1000
White Plains, New York 10606
914-364-2691
Tony.Li@lawbbh.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 29, 2026**

Fact discovery will close 60 days after the decision on the motion for leave to amend.

The Clerk of Court is respectfully directed to close the motion at ECF No. 28.